No. 2,633.—KATE H. McCORMICK, Appellant, *v.* EDWARD SCHARNIKOW, Executor, etc., Respondent.

*Appeal from District Court, Missoula County; Welling Napton, Judge pro tempore.*

On motion to dismiss appeal.

Decided March 13, 1909.

Per Curiam.—Appellant having failed to file her brief herein within the time allowed by law, her appeal is, on motion of respondent, dismissed.

*Mr. Wm. Wallace, Jr.,* and *Messrs. Marshall & Stiff,* for Appellant.

*Messrs. Hall & Patterson,* for Respondent.

———

No. 2,700.—STATE ex rel. WM. CLANCY, Relator, *v.* DISTRICT COURT, Respondent.

Application for writ of supervisory control directed to the District Court of Silver Bow County.

Decided March 25, 1909.

Per Curiam.—The relator's petition for a writ of supervisory control herein is hereby denied.

*Mr. Jas. H. Baldwin,* for Relator.